DOA
07-26-17

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Fidel Valdez-Gastelum,<br>a.k.a.: Fidel Valdez,<br>a.k.a.: Cholo Valdez,<br>a.k.a.: Julian Gastelum Sanchez,<br>(A070 940 598)<br>*Defendant* | Case No. 17-7433 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of July 1, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Fidel Valdez-Gastelum, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about November 19, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein**

CEB

REVIEWED BY: Charles E. Bailey, P.S. for AUSA James R. Knapp

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Richard G. Prunty,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: July 27, 2017

_____
*Judge's signature*

Bridget S. Bade,
United States Magistrate Judge
*Printed name and title*

City and state:  Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Richard G. Prunty, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On July 1, 2017, Fidel Valdez-Gastelum was booked into the Maricopa County Jail (MCJ) intake facility by the Glendale Police Department on local charges. While incarcerated at the MCJ, Valdez-Gastelum was examined by ICE Officer D. Boudreault who determined him to be a Mexican citizen, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On July 26, 2017, Valdez-Gastelum was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Valdez-Gastelum was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Fidel Valdez-Gastelum to be a citizen of Mexico and a previously deported criminal alien. Valdez-Gastelum was removed from the United States to Mexico through Nogales, Arizona, on or about November 19, 2013, pursuant to an order of removal issued by an immigration judge. There is no record of Valdez-Gastelum in any Department of Homeland Security database to suggest that

1

he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Valdez-Gastelum's immigration history was matched to him by electronic fingerprint comparison.

4. On July 26, 2017, Fidel Valdez-Gastelum was advised of his constitutional rights. Valdez-Gastelum freely and willingly acknowledged his rights and declined to make any further statements.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about July 1, 2017, Fidel Valdez-Gastelum, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about November 19, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

_____
Richard G. Prunty,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 27th day of July, 2017.

_____
Bridget S. Bade,
United States Magistrate Judge